Sharon Djemal, State Bar No. 208461
**EAST BAY COMMUNITY LAW CENTER**
3130 Shattuck Ave.
Berkeley, CA 94705
Tel: (510) 269-6612
Fax: (510) 849-1536
sdjemal@ebclc.org

Attorney for Plaintiff, Winifred Cabiness

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS,<br><br>              Plaintiff,<br><br>v.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS, and DOES 1-10,<br><br>              Defendant. | Case No. 3:16-cv-01109-LB<br><br>AMENDED<br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EVIDENCE PRESERVATION ORDER |

**Order**

Plaintiff WINIFRED CABINESS ("Ms. CABINESS") filed suit against EDUCATIONAL FINANCIAL SOLUTIONS dba CAMPUS DEBT SOLUTIONS, alleging violation of the Telephone Consumer Protection Act. Now pending before the Court is Plaintiff's Ex Parte Motion for a Third Party Evidence Preservation Order. ECF No. ____. Having considered Plaintiff's arguments and the relevant authority, the Court GRANTS the Motion.

**Third Party Evidence Preservation Order**

Good cause exists and the Court therefore orders MetroPCS and its corporate parent, T-Mobile USA, Inc. to preserve any and all records or documents as defined in Federal Rule of Civil Procedure 34(a)(1)(A), related to the MetroPCS user account of Winifred Cabiness, phone number: (510) 927-0913, created after May 1, 2015, regardless of storage or retention medium or method and including all associated content or non-content, electronically stored information either in that account or located on backup or archives, in its respective possession, custody, or control, or that may come into its respective possession, custody, or control hereafter, pending the resolution of this suit or further order of this Court.

**SO ORDERED.**

Dated: __May 2__, 2016

~~Hon. Jacqueline Corley~~  Laurel Beeler
Magistrate Judge of the District Court

```
If the scope of the order (such as the phrase "regardless of storage or
retention medium or method" or the phrase "regardless of associated
content") poses burdens, the court will consider limiting the scope of
the preservation order or authorizing another method to preserve the
forensic evidence relevant to the claims.
```