UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUCATIONAL FINANCIAL SERVICES,<br><br>    Defendant. | Case No. 16-cv-01109-JST<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 27 |

The parties stipulate to taking the July 6, 2016 Case Management Conference off the calendar. The Court hereby sets the Case Management Conference for August 4, 2016, to be conducted after the hearing on Defendant's Motion to Dismiss. The parties are ordered to file a Joint Case Management Statement by July 28, 2016 by 5:00 p.m. The deadlines under Fed. R. Civ. P. 26(f), Civil Local Rule 16-8, and ADR Local Rule 3-5 for filing of the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to July 14, 2016.

IT IS SO ORDERED.

Dated: June 14, 2016

                                              JON S. TIGAR<br>
                                     United States District Judge