NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:     415.398.3600
Facsimile:     415.398.2438
Attorneys for Defendant
EDUCATIONAL FINANCIAL
SOLUTIONS, LLC dba
CAMPUS DEBT SOLUTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS,<br><br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS, and DOES 1-10,<br><br>    Defendant. | Case No. 3:16-cv-1109-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

This Stipulation is entered into by Plaintiff Winifred Cabiness ("Plaintiff") and Defendant Educational Financial Solutions, LLC d/b/a Campus Debt Solutions ("Defendant"), by and through their respective counsel.

WHEREAS, on March 4, 2016, Plaintiff filed her Complaint in the above-entitled action in the United States District Court, Northern District of California;

WHEREAS, on June 6, 2016, Defendant filed its Notice of Motion and Motion to Dismiss or, in the Alternative, to Stay the Action, and Memorandum of Points & Authorities ("Defendant's Motion to Dismiss) (Dkt. No. 24);

WHEREAS, on June 20, 2016, Plaintiff filed her Response to Defendant's Motion to

-1-

Dismiss ("Plaintiff's Response to Defendant's Motion to Dismiss") (Dkt. No. 29);

WHEREAS, Defendant's Reply in support of Defendant's Motion to Dismiss is currently due on Monday, June 27, 2016;

WHEREAS, the hearing on Defendant's Motion to Dismiss is currently scheduled for August 4, 2016;

WHEREAS, Defendant seeks a short extension of four days until Friday, July 1, 2016 to file a Reply in support of Defendant's Motion to Dismiss;

WHEREAS, local counsel handling this matter as well as the associate from lead counsel's office handling this matter will both be out of the office from June 23, 2016 until June 27, 2016 on previously scheduled vacations;

WHEREAS, Plaintiff's counsel has agreed and has no objection to Defendant's request for a short extension of time for Defendant to file its Reply in Support of Defendant's Motion to Dismiss; and

WHEREAS, the Parties agree that a short extension of time for Defendant to file its Reply in Support of Defendant's Motion to Dismiss will have no impact on the scheduling of this matter as the hearing on Defendant's Motion to Dismiss is not until August 4, 2016 and therefore, even with the extension, Defendant's Reply in Support of Defendant's Motion to Dismiss will still be due five (5) weeks before the hearing on Defendant's Motion to Dismiss;

WHEREAS, Defendant has not previously sought an extension of time to file its Reply in Support of Defendant's Motion to Dismiss;

WHEREAS, the Parties have sought and the Court has granted two continuances of the Case Management Conference which is now scheduled for August 4, 2016;

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY TO MOTION TO DISMISS
*Winifred Cabiness v. Educational Financial Solutions, LLC,* Case No. 3:16-cv-1109-JST
17577516.v1

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties stipulate and agree, through their respective counsel that the deadline for Defendant to file its Reply in Support of Defendant's Motion to Dismiss shall be extended until July 1, 2016.

**IT IS SO STIPULATED.**

Dated:  June 22, 2016

| EAST BAY COMMUNITY LAW CENTER | Nossaman LLP |
|---|---|
| /s/ Sharon Djemal | /s/ James H. Vorhis |
| Sharon Djemal | James H. Vorhis |
| Attorney for Plaintiff | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 22, 2016

_____
THE HONORABLE JON S. TIGAR

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, James H. Vorhis, attest that concurrence in the filing of this Stipulation Extending Deadline for Defendant to file its Reply in Support of Defendant's Motion to Dismiss has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 22, 2016, at San Francisco, California.

                                             NOSSAMAN LLP

                                              /s/ James H. Vorhis

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY TO MOTION TO DISMISS
*Winifred Cabiness v. Educational Financial Solutions, LLC,* Case No. 3:16-cv-1109-JST
17577516.v1