KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER          Bar No. 066401
ELLIOT CONN              Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
bryan@kbklegal.com
elliot@kbklegal.com

EAST BAY COMMUNITY LAW CENTER
Sharon Djemal            Bar No. 208461
3130 Shattuck Ave.
Berkeley, CA 94705
Telephone: (510) 269-6612
Facsimile: (510) 849-1536
sdjemal@ebclc.org

Attorneys for Plaintiff Winifred Cabiness and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINIFRED CABINESS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS,<br><br>Defendant.<br><br>_____/ | **Case No. 3:16-cv-01109-JST**<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE ON DEFENDANT EDUCATIONAL FINANCIAL SOLUTIONS, LLC dba CAMPUS DEBT SOLUTIONS' MOTION TO DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION**<br><br>**Date:  December 8, 2016**<br>**Time:  2:00 p.m.**<br>**Courtroom 9, 19th Floor**<br>**Hon. Jon S. Tigar** |

Pursuant to the Parties' stipulation,

1. Plaintiff's opposition to the Motion (Docket No. 60) shall be filed and served not later than November 23, 2016.

2. Defendant's reply in support of the Motion shall be filed and served not later than December 15, 2016.

3. The hearing on the Motion shall be set for January 19, 2017 at 1:30 p.m. in Courtroom 9, 19th Floor.

**IT IS SO ORDERED.**

Dated: November  7 , 2016

HON. JON S. TIGAR

2
[Proposed] Order Setting Briefing Schedule