KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER          Bar No. 066401
ELLIOT CONN              Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
bryan@kbklegal.com
elliot@kbklegal.com

EAST BAY COMMUNITY LAW CENTER
SHARON DJEMAL            Bar No. 208461
3130 Shattuck Ave.
Berkeley, CA 94705
Telephone: (510) 269-6612
Facsimile: (510) 849-1536
sdjemal@ebclc.org

Attorneys for Plaintiff WINIFRED CABINESS and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINIFRED CABINESS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC dba CAMPUS DEBT SOLUTIONS,<br><br>        Defendant.<br>_____/ | **Case No. 3:16-cv-01109-JST**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO GRANT PLAINTIFF LEAVE TO AMEND AND TO CONTINUE EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Action Filed:   March 4, 2016<br>Trial Date:     None Set |

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

1.    WHEREAS, Plaintiff initiated this lawsuit on March 4, 2016;

2.    WHEREAS, Plaintiff filed a First Amended Complaint by way of stipulation on September 23, 2016.

1      3.    WHEREAS, Plaintiff has expressed a desire to amend the Complaint.

2      4.    WHEREAS, to avoid unnecessary litigation expense, and without waiving any defenses and/or opposition to any of the claims and/or class allegations, the Parties agree that Plaintiff may file a Second Amended Complaint on or before March 24, 2017 and Defendant Educational Financial Solutions, LLC dba Campus Debt Solutions may have through June 19, 2017 to answer, move, or otherwise respond to the Second Amended Complaint.

**NOW THEREFORE THE PARTIES STIPULATE:**

1. Plaintiff may file a Second Amended Complaint on or before March 24, 2017.

2. Educational Financial Solutions, LLC dba Campus Debt Solutions may have through June 19, 2017 to answer, move, or otherwise respond to the Second Amended Complaint.

Dated: March 22, 2017    KEMNITZER, BARRON & KRIEG, LLP

By:  /s/ *Elliot Conn*
ELLIOT CONN
Attorneys for Plaintiff

Dated: March 22, 2017    NOSSAMAN LLP

By:  /s/ *James H. Vorhis*
JAMES H. VORHIS
BETH-ANN KRIMSKY (admitted *pro hac vice*)
Attorneys for Defendant EDUCATIONAL FINANCIAL SOLUTIONS, LLC dba CAMPUS DEBT SOLUTIONS

//
//
//
//
//
//
//
//

# ORDER

Pursuant to the Parties' stipulation,

1. Plaintiff may have through March 24, 2017 to file a Second Amended Complaint

2. Educational Financial Solutions, LLC dba Campus Debt Solutions may have through June 19, 2017 to answer, move, or otherwise respond to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: March 22, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE