1 KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER        Bar No. 066401
2 ELLIOT CONN           Bar No. 279920
445 Bush St., 6th Floor
3 San Francisco, CA 94108
Telephone: (415) 632-1900
4 bryan@kbklegal.com
elliot@kbklegal.com
5
EAST BAY COMMUNITY LAW CENTER
6 SHARON DJEMAL         Bar No. 208461
3130 Shattuck Ave.
7 Berkeley, CA 94705
Telephone: (510) 269-6612
8 Facsimile: (510) 849-1536
sdjemal@ebclc.org
9
Attorneys for Plaintiff Winifred Cabiness and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS,<br><br>Defendant. | Case No: 3:16-cv-1109-JST<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 23, 2017 CASE MANAGEMENT CONFERENCE<br><br>Date Action Filed: March 4, 2016 |

**COMES NOW THE PARTIES TO THE ABOVE-REFERENCED ACTION AND RECITE AND STIPULATE AS FOLLOWS:**

WHEREAS, on June 5, 2017, the Parties attended private mediation in this matter with the Honorable Judge Peter D. Lichtman (Ret.) at JAMS;

WHEREAS, the Parties executed a Memorandum of Understanding at mediation to resolve this matter based off of certain class statistical data;

WHEREAS, due to the need to confirm putative class related statistical data requiring technical consultation as to the size of the putative class, the Parties are still working to finalize the resolution of this matter to conclude their settlement;

WHEREAS, the Parties have been diligently working to resolve these technical issues, and the attorneys for the Parties have been communicating with each other several times a week during much of the last two (2) months to address the few remaining issues to resolve this matter;

WHEREAS, despite their best efforts, the Parties require additional time in order to confirm the putative class size to complete the process of resolving this matter;

WHEREAS, the Court previously set a deadline of August 21, 2017 for Plaintiff to file her Motion for Preliminary Approval of Settlement;

WHEREAS, the Court set a Case Management Conference for August 23, 2017 to be vacated should Plaintiff file her Motion for Preliminary Approval by the August 21, 2017 deadline;

WHEREAS, the Parties agree and believe that a 45-day continuance for Plaintiff to file her Motion for Preliminary Approval of Settlement and a 45-day continuance of the Case Management Conference (should such a conference be necessary) will be a sufficient amount of time for the Parties to complete the additional work necessary to resolve these pending issues (which time frame also considers the intervening Jewish holidays in September that will impact some of the attorneys' schedules next month); and

1  WHEREAS, the Parties have not previously requested that the Court continue any dates
2  or deadlines with respect to this Motion or Case Management Conference.

3  **NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

4  1. The deadline for Plaintiff to file her Motion for Preliminary Approval of
5  Settlement shall be continued for 45 days to October 5, 2017;

6  2. The August 23, 2017 Case Management Conference shall be taken off calendar,
7  and rescheduled 45 days later to October 11, 2017, at 2:00 p.m., or on another
8  date that is convenient for the Court;

9  3. The continued Case Management Conference shall be vacated if the Motion for
10 Preliminary Approval of Settlement is filed by October 5, 2017; and

11 4. The case continues to be stayed for all other purposes.

Dated: August 10, 2017                      KEMNITZER, BARRON & KRIEG, LLP

                                  By:   /s/*Elliot Conn*
                                        ELLIOT CONN
                                        Attorneys for Plaintiff Winifred Cabiness and the
                                        putative class

Dated: August 10, 2017                      GREENSPOON MARDER

                                  By:   /s/*Beth-Ann Krimsky*
                                        Beth-Ann Krimsky
                                        Attorneys for Defendants EDUCATIONAL
                                        FINANCIAL SOLUTIONS, LLC DBA CAMPUS
                                        DEBT SOLUTIONS, DEBT.COM, LLC, BETA
                                        INVESTMENT GROUP, INC., EQUITY
                                        ACQUISITIONS, LLC, VENTURETECH
                                        SOLUTIONS, LLC AND HOWARD DVORKIN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 11, 2017                      [signature]
                                            HONORABLE JUDGE JON S. TIGAR