UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS, <br><br> Plaintiff, <br><br> v. <br><br> EDUCATIONAL FINANCIAL SOLUTIONS, LLC, et al., <br><br> Defendants. | Case No. 16-cv-01109-JST <br><br> **SCHEDULING ORDER** <br><br> Re: ECF No. 105 |

The parties' stipulated request to continue today's Case Management Conference, ECF No. 105, is granted. The Conference is vacated.

A motion for preliminary approval of settlement is due by January 26, 2018.[1] If a motion for preliminary approval is not filed, Plaintiff's motion for class certification is due by February 23, 2018.

The Court does not anticipate granting further requests to continue or vacate these deadlines. The Court notes that a motion for class certification was originally due July 13, 2017.

**IT IS SO ORDERED.**

Dated: December 6, 2017

_____
JON S. TIGAR
United States District Judge

---

[1] The parties' suggested deadline of January 28, 2018 falls on a Sunday.