UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED CABINESS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 3:16-cv-01109-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 128 |

　　　Pursuant to the Order Granting Motion for Final Approval of Class Action Settlement and Motion for Service Award, Attorneys' Fees, and Costs signed March 26, 2019, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　William Noble, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR