**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINIFRED CABINESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL FINANCIAL SOLUTIONS, LLC DBA CAMPUS DEBT SOLUTIONS, ET AL.,<br><br>Defendants. | Case No. 16-cv-01109-JST<br><br>**FINAL POST-DISTRIBUTION ACCOUNTING**<br><br>Judge: Hon. Jon S. Tigar |

I, Mark Rapazzini, declare as follows:

**1.** I am an attorney, admitted to practice in California in 1983, and I am a Senior Director at Heffler Claims Group, LLC ("Heffler") in Philadelphia, Pennsylvania, a company that handles the administration of class action settlements, class action notices, claims administration, and other significant data management processes related to class actions, collective actions, and government enforcement actions. I was a practicing attorney in the class action and mass torts arena from 1983-2008. This Declaration is based upon my personal knowledge as well as information provided to me by associates and staff.

**2.** On June 19, 2019, Heffler provided a Post-Distribution Accounting within twenty-one days of the distribution of settlement checks pursuant to the Northern District of California's Procedural Guidance for Class Action Settlements. Per the terms of the Settlement Agreement, Class Member checks were vailid for ninety (90) days, which was August 28, 2019. All uncashed checks have now been voided, and the amount available for the *cy pres* recipient NCLC is known. Therefore, Heffler is now providing a Final Post-Distribution Accounting.

**3.** Heffler has calculated the payment amount for each eligible Class Member following the allocation guidelines in Section 5.3 of the Settlement Agreement.

**4.** On May 30, 2019, Heffler sent distribution payments to the 18,265 Class Members for whom we had valid addresses. A copy of the payment letter is attached as **Exhibit A**. As per the terms of the Settlement Agreement, Class Members' settlement checks are valid for ninety (90) days from the date of mailing, which was August 28, 2019.

**5.** The following is a post-distribution and accounting summary:

| | |
|---|---|
| Total Class Members | 33,585 |
| Types of Notice | Email and Postcard Notice |
| Notices mailed | 18,975 |
| Mailed Notices not undeliverable | 17,991 |
| Notices emailed | 21,845 |
| Emailed Notices not undeliverable | 20,168 |
| Opt-outs filed | 1 |
| Opt-outs as a percent of the Class | 0.003% |
| Objections filed | 0 |
| Objections as a percent of the Class | 0.000% |
| Gross Settlement Fund ("GSF") | $1,100,000.00 |
| Administrative total fees/costs | $125,000.00 |
| Class Counsel fees/costs | $350,000.00 |
| Class Counsel fees/costs as a % of the GSF | 31.818% |
| Payment/distribution type | Checks |
| Number of payments | 18,265 |
| Total distributed | $619,914.10 |
| Average payment | $33.94 |
| Median payment | $33.94 |

| | |
|---|---|
| Smallest payment | $33.94 |
| Largest payment | $33.94 |
| Checks not cleared | 5,981 |
| Amount of checks not cleared | $202,995.14 |
| (Cy Pres) National Consumer Law Center | $202,995.14 |

**6.** I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this Post-Distribution Accounting was executed on September 24, 2019 in Los Gatos, California.

Mark Rapazzini